IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James E. Jones, ) | C/A No. 0:09-2802-RBH-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| United States Department of Justice; William ) | **ORDER** |
| G. Stewart, II, *Executive Office for the United* ) | |
| *States Attorneys Freedom of Information and* ) | |
| *Privacy Staff*; US Attorneys Office for the ) | |
| District of South Carolina, *Florence Division*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This Freedom of Information Act ("FOIA") case is before the court on the defendants' motion for summary judgment. (ECF No. 32.) Pursuant to 5 U.S.C. § 552(a)(4)(B), Defendant Department of Justice is directed to produce the audiotape at issue in this matter on a compact disc in an audio format compatible with Microsoft Windows Media Player version 11 so that the court may review the contents of the agency record *in camera* to determine whether such record or any part thereof shall be withheld under any of the exemptions set forth in subsection (b) of § 552. Defendant shall produce for the court's *in camera* review the compact disc and any other agency records withheld from the plaintiff pursuant to an asserted FOIA exemption on or before January 21, 2011.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 6, 2011
Columbia, South Carolina